# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. ULTRERAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL SONGER, M.D., et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00035-WMW PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND REQUIRING PLAINTIFF TO COMPLETE SERVICE WITHIN ONE-HUNDRED TWENTY DAYS<br><br>(Doc. 1) |

**Order Directing Plaintiff to Initiate Service of Process**

Plaintiff, Victor M. Ultreras, ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 8, 2007. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against Defendants Songer, Shen, Kellawan, Wiltchik, Gupta, Leong, Ramos, Lee, Akanno, and Vazquez for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).

Plaintiff paid the filing fee in full for initiating this action. Because Plaintiff is not proceeding in forma pauperis, it is Plaintiff's responsibility to effect service of the summons and complaint on Defendants Songer, Shen, Kellawan, Wiltchik, Gupta, Leong, Ramos, Lee, Akanno, and Vazquez. The Clerk of the Court will be directed to issue three summonses to Plaintiff for the purpose of service of process. Fed. R. Civ. P. 4.

1    Plaintiff shall complete service of process in accordance with Federal Rule of Civil
2 Procedure 4 within one-hundred twenty (120) days from the date of service of this order.
3 Plaintiff shall serve a copy of this order on each defendant together with a copy of the summons
4 and amended complaint. The following two sections contain instructions on how to serve
5 Defendants.

6 **I.    Waiver of Service**

7    Pursuant to Rule 4(d)(2), Plaintiff may (but is not required to) notify Defendants Songer,
8 Shen, Kellawan, Wiltchik, Gupta, Leong, Ramos, Lee, Akanno, and Vazquez of the
9 commencement of this action and request that they waive service of the summons. Fed. R. Civ.
10 P. 4(d)(2). If Plaintiff wishes to do this, he must mail each defendant (1) the form entitled
11 "Notice of Lawsuit and Request for Waiver of Service for Summons," (2) the form entitled
12 "Waiver of Service of Summons," and (3) a copy of the amended complaint. The documents
13 must be addressed directly to each defendant (not the Attorney General's Office) and must be
14 dispatched (mailed) through first-class mail. The Waiver of Service of Summons form must set
15 forth the date on which the request is sent and must allow each defendant at least thirty (30) days
16 in which to return the waiver to Plaintiff. If Defendants sign and return the waiver forms to
17 Plaintiff, Plaintiff must then file the forms with the Court. After filing the forms with the Court,
18 Plaintiff need not take any further steps to serve Defendants. Fed. R. Civ. P. 4(d)(4).

19 **II.   Personal Service**

20    If either (1) Plaintiff does not wish to request Defendants to waive service or (2) one or
21 more of the defendants fail to return the Waiver of Service of Summons form to Plaintiff,
22 Plaintiff must have personal service effected on Defendants. Each defendant must be personally
23 served with a summons and copy of the amended complaint, along with a copy of this order.
24 Plaintiff may not effect personal service himself. Fed. R. Civ. P. 4(c). Service may be effected
25 by any person who is not a party to this action and who is at least eighteen years old. Id. The
26 Court will provide Plaintiff with a copy of Rule 4 along with this order. Plaintiff should review
27 Rule 4(e)(2), which addresses how personal service may be effected.
28 ///

**III.**   **Conclusion and Order**

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue and send Plaintiff ten (10) summonses.
2. The Clerk is further directed to send Plaintiff:
   a) One (1) copy of the complaint filed January 8, 2007;
   b) One (1) copy of the form entitled "Notice of Lawsuit and Request for Waiver of Service of Summons;"
   c) One (1) copy of the form entitled "Waiver of Service;"
   d) One (1) copy of the form entitled "Consent to Proceed Before United States Magistrate Judge" with instructions; and
   e) One (1) copy of Rule 4 of the Federal Rules of Civil Procedure
3. Plaintiff shall complete service of process on Defendants Songer, Shen, Kellawan, Wiltchik, Gupta, Leong, Ramos, Lee, Akanno, and Vazquez within **one-hundred twenty (120) days** from the date of service of this order. Plaintiff shall serve a copy of this order and a copy of the form "Consent to Proceed Before United States Magistrate Judge" on Defendants at the time of service of the summons and amended complaint.
4. Plaintiff's failure to timely complete service of the amended complaint on Defendants Songer, Shen, Kellawan, Wiltchik, Gupta, Leong, Ramos, Lee, Akanno, and Vazquez may result in dismissal of this action. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

**Dated:**   **November 21, 2008**          /s/  William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE