IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR M. ULTRERAS,

    Plaintiff,                   1: 07 CV 00035 YNP GSA (PC)

vs.                          ORDER RE MOTION (DOC 17, 18)

MICHAEL SONGER, et al.,

    Defendants.

    Plaintiff has filed a motion for leave to file an amended complaint.  Plaintiff has included a certificate of service with his motion, indicating service upon counsel for Defendants.  Defendants have not filed opposition to the motion.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is granted.  Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

    IT IS SO ORDERED.

    Dated:   **November 9, 2009**                 /s/ **Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE

1