IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. ULTRERAS,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL SONGER, et al.,<br><br>   Defendants. | NO. 1:07 cv 00035 AWI GSA PC<br><br>ORDER RE: FINDINGS & RECOMMENDATIONS<br><br>Document # 29 |

   Plaintiff is a former state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On June 11, 2010, findings and recommendations were entered, recommending that the first amended complaint be dismissed and that this action proceed on the original complaint. The Magistrate Judge also recommended that Defendants' motion to modify the scheduling order be granted. The parties were provided an opportunity to file objections within thirty days. No objections to the findings and recommendations have been filed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on June 11, 2010, are adopted in full; and
2. This action proceeds on the original complaint.
3. Defendants' motion to modify the scheduling order is granted. The schedule for this litigation is modified as follows:
    a. The deadline for filing unenumerated 12(b) motions is September 13, 2010.
    b. The deadline for filing a motion to amend the pleadings is September 13, 2010.
    c. The discovery cut-off date is February 10, 2011.
    d. The deadline for filing dispositive pretrial motions is May 10, 2011.

IT IS SO ORDERED.

Dated:   August 5, 2010

CHIEF UNITED STATES DISTRICT JUDGE